UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HANSEL TAVERAS, individually and on behalf of all others similarly situated, | : <br> : Case No. 1:17-cv-21711-KMW <br> : |
| Plaintiff | : |
| v. | : |
| TRUEACCORD CORP., | : |
| Defendant | |

**DEFENDANT TRUEACCORD CORP.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

AND NOW comes Defendant TrueAccord Corp. ("TrueAccord"), by and through its undersigned counsel who, with Plaintiff's consent, respectfully requests that this Honorable Court extend TrueAccord's deadline for responding to Plaintiff's Complaint, as follows:

1. Plaintiff Hansel Taveras commenced this action by filing a Class Action Complaint on May 8, 2017. *See* ECF 1.

2. The parties are exploring resolution of this matter, and wish to continue such efforts.

3. Thus, TrueAccord respectfully requests that the Court afford it an extension to and including July 1, 2017 by which to respond to Plaintiff's Complaint.

4. This is TrueAccord's first request for an extension of time.

5. TrueAccord's request is made in good faith and for the purpose of exploring resolution without the need for court intervention.

1

6. No party will be prejudiced if TrueAccord is afforded the requested extension.

7. The undersigned respectfully submits that Plaintiff concurs in this Motion and in the relief requested.

WHEREFORE, Defendant TrueAccord Corp. respectfully requests that this Honorable Court grant its Unopposed Motion and enter an Order affording it an extension of time to July 1, 2017 by which to respond to Plaintiff's Complaint.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant TrueAccord Corp.

Dated:  June 26, 2017

**CERTIFICATE OF CONCURRENCE**

I certify that Plaintiff's counsel concurs in this Motion and in the relief requested.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N. Suite 326
St. Johns, FL 32259

(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant TrueAccord Corp.

Dated: June 26, 2017

## CERTIFICATE OF SERVICE

I certify that on June 26, 2017, a true copy of the foregoing was served on all counsel of record *via* CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL I.D. No. 120079
450-106 State Road 13 N. Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendant TrueAccord Corp.

Dated: June 26, 2017